UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN HART,<br><br>  Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No.  23-cv-01035-TLT<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Devin Hart ("Plaintiff"), proceeding *pro se*, failed to appear at the initial case management conference held on July 6, 2023. *See* ECF Nos. 15-16. Defendant's counsel appeared at that proceeding in compliance with the Court's orders.

Accordingly, the Court **ORDERS** Plaintiff to show cause why the Court should not impose sanctions for his failure to appear at the conference and why Plaintiff did not notify the opposing party of his anticipated non-appearance. *See* Civ. L.R. 1-4 ("Failure by…a party to comply with any duly promulgated local rule or any Federal Rule may be a ground for imposition of any authorized sanction."); Civ. L.R. 3-9 ("A person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules. Sanctions (including default or dismissal) may be imposed for failure to comply with local rules."). By **July 21, 2023**, Plaintiff shall file a declaration under penalty of perjury explaining his non-appearance.

The Court further advises Plaintiff that the District Court has produced a guide for self-represented/*pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online. Assistance is also available through the Legal Help Center. Parties can make an appointment to speak with an attorney who

can provide basic legal information and assistance.  The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases.  There is no charge for this service.  The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: July 6, 2023

_____
TRINA L. THOMPSON
United States District Judge