*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN HART, an individual | ) CASE NO.  23-cv-01035-TLT |
| Plaintiffs, | ) |
| | ) **[PROPOSED] ORDER** |
| | ) **STIPULATION TO DISMISS** |
| vs. | ) **(WITH PREJUDICE)** |
| | ) |
| | ) Hon. Trina L. Thompson |
| AETNA LIFE INSURANCE | ) |
| COMPANY, a corporation, | ) (Complaint filed in Contra Costa |
| | ) Superior Court Case No.  MSC23- |
| Defendant. | ) 0047) |
| | ) |
| | ) |
| | ) Complaint filed:  February 6, 2023 |

**[PROPOSED] ORDER**

On the stipulation of the parties this matter is dismissed with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: __October 30, 2023__          _____

Hon. Trina L. Thompson.

-1-
[PROPOSED] ORDER ON STIPULATION TO DISMISS WITH PREJUDICE